UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JANE DOE,

                        Plaintiff,

    -against-

THE NATIONAL RAMAH COMMISSION,
INC., CAMP RAMAH, and RABBI ETHAN
LINDEN, in his individual capacity,

                       Defendants.
-----------------------------------------------------------X

**NOTICE OF MOTION TO PROCEED UNDER A PSEUDONYM**

Civil Action No.

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law dated May 4, 2022, Plaintiff Jane Doe, by and through her undersigned counsel, respectfully seeks an Order from this Court at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, to proceed under a pseudonym in this action pursuant to Rule 10(a) of the Federal Rules of Civil Procedure.

Dated: May 4, 2022

Respectfully submitted,

Wylie Stecklow PLLC

_____
Wylie M. Stecklow
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
New York, New York 10019
Tel: (212) 566-8000 x 3
Fax: (212) 202-4952
ECF@WylieLAW.com

Giskan Solotaroff & Anderson LLP
Catherine E. Anderson
90 Broad St., 2nd Floor
New York, New York 10004
Tel: (212) 847-8315
canderson@gslawny.com

*Counsel for Plaintiff*