

Wylie Stecklow, Esq.<br>
Carnegie Hall Tower<br>
152 West 57th St, 8th Floor<br>
New York, New York 10019<br>
Phone: (212) 566-8000<br>
Fax: (212) 202-4952<br>
Wylie@wylielaw.com

May 10, 2022

Honorable Judge Andrew L. Carter  
United States District Courthouse  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

      Re:    *Doe v. The National Ramah Commission, Inc.,* 22-cv-3621 (ALC)(JLC)

Dear Honorable Judge Carter:

      Please recall that I am the attorney of record for the Plaintiff in the above referenced matter. I am writing to the Court today concerning the Plaintiff's motion to proceed under pseudonym (See Dockets 6 & 7). I am attaching to this correspondence an executed stipulation indicating that the request of the Plaintiff to proceed under a pseudonym is made on consent of all parties.

      It is respectfully requested - for the rationale set out in the Dockets 6 & 7 - this Honorable Court order that the Plaintiff can proceed in this litigation under the pseudonym Jane Doe.

                                 Respectfully submitted,

                                   Wylie M. Stecklow