UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JANE DOE,

                    Plaintiff,

-against-

THE NATIONAL RAMAH COMMISSION,
INC., CAMP RAMAH, and RABBI ETHAN
LINDEN, in his individual capacity,

                    Defendants.
-------------------------------------------------------X

**STIPULATION TO PROCEED UNDER A PSEUDONYM**

Civil Action No. 22-cv-3621

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the above referenced matter that the motion filed by Plaintiff to Proceed Under a Pseudonym, is submitted without opposition and on consent of all parties.

Dated: New York, New York
May 4, 2022

| | |
|---|---|
| **WYLIE STECKLOW PLLC**<br>Attorneys for Plaintiff | **STEVEN F. GOLDSTEIN, LLP**<br>Attorneys for Defendants |
| By: Wylie Stecklow | By: Steven F. Goldstein |
| Carnegie Hall Tower<br>152 W. 57th Street, 8th Floor<br>New York, NY 10019<br>(212) 566-8000 | One Old Country Road, Suite 318<br>New York, NY 111514<br>(516) 873 0011 |