UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/11/2022
```

| | |
|---|---|
| JANE DOE, | |
| Plaintiff, | |
| -against- | 22-cv-3621 (ALC) |
| THE NATIONAL RAMAH COMMISSIONS, INC., ET AL., | **ORDER** |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's letter dated May 10, 2022 regarding the parties' Stipulation to Proceed Under a Pseudonym ("Stipulation"). The executed Stipulation, ECF No. 14-1, is purportedly signed by counsel for Defendants. However, no attorney has appeared on behalf of the Defendants in this matter. Counsel for Defendants are directed to file a Notice of Appearance in this matter. The parties may then refile the Stipulation.

**SO ORDERED.**

Dated:   May 11, 2022
         New York, New York

*/s/ Andrew L. Carter, Jr.*
**ANDREW L. CARTER, JR.
United States District Judge**