# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, : <br> : <br>       **Plaintiff,** : <br> : <br> v. : <br> : <br> THE NATIONAL RAMAH : <br> COMMISSION, INC., CAMP RAMAH, : <br> and RABBI ETHAN LINDEN, in his : <br> individual capacity, : <br> : <br>       **Defendants.** : <br> : | Case No.: 1:22-cv-03621 (ALC) (JLC) |

## APPEARANCE OF COUNSEL

To the Clerk of the Court and All Parties of Record:

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Jane Doe.

Dated: May 19, 2022

                                       */s/ Catherine E. Anderson*
                                       Catherine E. Anderson CA5129
                                       Giskan Solotaroff & Anderson, LLP
                                       90 Broad Street, 2nd Floor
                                       New York, NY 10004
                                       Tel: (212) 847-8315
                                       Email: canderson@gslawny.com

                                       *Counsel for Plaintiff*