UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

JANE DOE,

      Plaintiff,

      v.

THE NATIONAL RAMAH COMMISSION, INC.,
CAMP RAMAH IN THE BERKSHIRES, INC., and
RABBI ETHAN LINDEN,

      Defendants.
---------------------------------------------------------------- X

22-cv-03621 (ALC) (JLC)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Ben Arad of Lankler Siffert & Wohl LLP, 500 Fifth Avenue, New York, NY 10110, hereby appears in the above-captioned action on behalf of Defendant Rabbi Ethan Linden. I certify that I am admitted to practice in this Court, and I appear in this case as counsel for Defendant Rabbi Ethan Linden.

Dated: June 3, 2022
      New York, NY

LANKLER SIFFERT & WOHL LLP

By: _____
Ben Arad
500 Fifth Avenue
New York, NY 10110
barad@lswlaw.com
(212) 921-8399

*Counsel for Defendant Rabbi Ethan Linden*