UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

    Plaintiff,

-against-

THE NATIONAL RAMAH COMMISSION, INC., CAMP RAMAH, and RABBI ETHAN LINDEN, in his individual capacity,

    Defendants.

Index No.: 22-cv-03621-ALC

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants The National Ramah Commission, Inc. and Camp Ramah in the above-captioned case and requests that copies of any and all papers served and notices given in the case be served upon the undersigned counsel.

Dated: June 3, 2022
      New York, New York

JACKSON LEWIS P.C.

666 Third Avenue, 29th Floor
New York, NY 10017
T: (212) 545-4000
Catalina.Cadavid@jacksonlewis.com

By:   *s/*Catalina Cadavid
      Catalina Cadavid

## CERTIFICATE OF SERVICE

  I hereby certify that on June 3, 2022 the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                 *s/*Catalina Cadavid
                 Catalina Cadavid