UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

JANE DOE,

                Plaintiff,

-against-

THE NATIONAL RAMAH COMMISSION, INC., CAMP RAMAH IN THE BERKSHIRES, INC., and RABBI ETHAN LINDEN, in his individual capacity,

                Defendants.

---------------------------------------------------------X

**STIPULATION TO BE SO ORDERED TO CORRECT PLEADING AND PRERSERVE PLAINTIFF'S RULE 15a RIGHT TO AMEND THE PLEADING**

Civil Action No. 22-cv-3621

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, authorized representatives for each defendant in the above referenced matter, that the operative pleading filed in this matter should be corrected with the pleading attached hereto as Exhibit A. This pleading corrects the initially filed pleading by (i) removing a draft stamp on page 1; (ii) correcting a misnumbering of the claims; and (iii) correcting the name of Defendant Camp Ramah in the Berkshires, Inc. throughout the pleading. (iv) The parties additionally agree that this correction is not Plaintiff's Rule 15a amendment as of right. Further the parties agree that when Plaintiff does amend as of right, the time and outside location of the underlying incident will be further described.

Dated: New York, New York
         May 25, 2022

**WYLIE STECKLOW PLLC**
Attorneys for Plaintiff

By: Wylie Stecklow

*[signature]*

Carnegie Hall Tower
152 W. 57th Street, 8th Floor
New York, NY 10019
(212) 566 8000
ECF@WylieLaw.com

**DEFENDANT**
THE NATIONAL RAMAH COMMISSION, INC.

BY: *[signature]* Jeffrey Goodman
The National Business Manager

**DEFENDANT**
CAMP RAMAH IN THE BERKSHIRES, INC.

BY: *[signature]* Richard Friedman
President

**DEFENDANT**
RABBI ETHAN LINDEN

*[signature]*

BY: Michael Gerber
Lankler Siffert & Wohl LLP
Attorneys for Defendant Rabbi Ethan Linden

SO ORDERED

_____
Hon. Judge Andrew L. Carter