

Wylie Stecklow, Esq.
Carnegie Hall Tower
152 West 57th St, 8th Floor
New York, New York 10019
Phone: (212) 566-8000
Fax: (212) 202-4952
Wylie@wylielaw.com

June 7, 2022

Honorable Judge Andrew L. Carter
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Doe v. The National Ramah Commission, Inc.,* 22-cv-3621 (ALC)(JLC)

Dear Honorable Judge Carter:

      Please recall that I am the attorney of record for the Plaintiff in the above referenced matter. I am writing to the Court today concerning the Plaintiff's motion to proceed under pseudonym (See Dockets 6 & 7). I am attaching to this correspondence an executed stipulation indicating that the request of the Plaintiff to proceed under a pseudonym is made on consent of all parties. I am refiling the stipulation based on the Court order (Docket 15).

      It is respectfully requested - for the rationale set out in the Dockets 6 & 7 - this Honorable Court order that the Plaintiff can proceed in this litigation under the pseudonym Jane Doe.

      Respectfully submitted,

      Wylie M. Stecklow