UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JANE DOE,

                Plaintiff,

-against-

THE NATIONAL RAMAH COMMISSION,
INC., CAMP RAMAH IN THE BERKSHIRES,
INC., and RABBI ETHAN LINDEN, in his
individual capacity,

                Defendants.
-------------------------------------------------------X

**STIPULATION TO PROCEED UNDER A PSEUDONYM**

Civil Action No. 22-cv-3621

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, authorized representatives for each defendant in the above referenced matter, that the motion filed by Plaintiff to Proceed Under a Pseudonym, is submitted without opposition and on consent of all parties.

Dated: New York, New York
       May 25, 2022

**WYLIE STECKLOW PLLC**
Attorneys for Plaintiff

By: Wylie Stecklow

*[signature]*

Carnegie Hall Tower
152 W. 57th Street, 8th Floor
New York, NY 10019
(212) 566 8000
ECF@WylieLaw.com

**DEFENDANT**
THE NATIONAL RAMAH COMMISSION, INC.

BY: Jeffrey Goodman
       The National Business Manager

**DEFENDANT**
CAMP RAMAH IN THE BERKSHIRES, INC.

BY: Richard Friedman
       President

**DEFENDANT**
RABBI ETHAN LINDEN

BY: Michael Gerber
       Lankler Siffert & Wohl LLP
       Attorneys for Defendant Rabbi Ethan Linden