UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

JANE DOE,

                     Plaintiff,

    -against-

THE NATIONAL RAMAH COMMISSION, INC., CAMP RAMAH IN THE BERKSHIRES, INC., and RABBI ETHAN LINDEN, in his individual capacity,

                Defendants.
----------------------------------------------------------X

**STIPULATION TO ADMIT SERVICE AND TO EXTEND DEFENDANTS TIME TO RESPOND TO THE COMPLAINT**

Civil Action No. 22-cv-3621

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, authorized representatives for each defendant in the above referenced matter that (i) service upon all Defendants is hereby admitted and acknowledged. Further, (ii) the parties agree that all responses from each defendant are due on or before June 30, 2022.

Dated: New York, New York
       May 25, 2022

**WYLIE STECKLOW PLLC**
Attorneys for Plaintiff

By: Wylie Stecklow

Carnegie Hall Tower
152 W. 57th Street, 8th Floor
New York, NY 10019
(212) 566 8000
ECF@WylieLaw.com

DEFENDANT
THE NATIONAL RAMAH COMMISSION, INC.

BY: Jeffrey Goodwin
JTS National Director Manager

DEFENDANT
CAMP RAMAH IN THE BERKSHIRES, INC.

BY: Richard Friedman
President

**DEFENDANT
RABBI ETHAN LINDEN**

BY: Michael Gerber
Lankler Siffert & Wohl LLP
Attorneys for Defendant Rabbi Ethan Linden