# AFFIDAVIT OF SERVICE

| Case:<br>22-cv-3621 (ALC)(JLC) | Court:<br>DISTRICT | County:<br>SOUTHERN DISTRICT, NY | Job:<br>7132510 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>JANE DOE | | **Defendant / Respondent:**<br>THE NATIONAL RAMAH COMMISSION, INC., ) CAMP RAMAH, and<br>RABBI ETHAN LINDEN, in his individual capacity | |
| **Received by:**<br>LLS | | **For:**<br>WYLIE STECKLOW PLLC | |
| **To be served upon:**<br>THE NATIONAL RAMAH COMMISSION, INC | | | |

I, MARCUS CHARLES, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name:** | JEFFERY GOODMAN |
| **Address:** | 3080 BROADWAY, NEW YORK, NEW YORK 10027 |
| **Manner of Service:** | AUTHORIZED |
| **Date & Time:** | MAY 25, 2022, 10:23 am EDT |
| **Documents:** | SUMMONS IN A CIVIL ACTION and DEMAND F'OR JURY TRIAL COMPLAINT |

_Marcus Charles_                    05/27/2022

MARCUS CHARLES                    **Date**

LLS
41 Schermerhorn Street
Brooklyn, NY 11201

ORIGINAL