# AFFIDAVIT OF SERVICE

| Case: 22-cv-3621 (ALC)(JLC) | Court: DISTRICT | County: SOUTHERN DISTRICT, NY | Job: 7054616 |
|---|---|---|---|
| Plaintiff / Petitioner: JANE DOE | | Defendant / Respondent: THE NATIONAL RAMAH COMMISSION, INC., ) CAMP RAMAH, and RABBI ETHAN LINDEN, in his individual capacity | |
| Received by: LLS | | For: WYLIE STECKLOW PLLC | |
| To be served upon: RABBI ETHAN LINDEN | | | |

I, Albert Sanchez, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name:** RABBI ETHAN LINDEN
**Address:** 304 WEST 262 STREET
BRONX, NEW YORK 10472
**Manner of Service:** PERSONAL / INDIVIDUAL
**Date & Time:** MAY 20, 2022, 7:57 am EDT
**Documents:** SUMMONS IN A CIVIL ACTION with DEMAND FOR JURY TRIAL COMPLAINT

_____    May 20, 2022
ALBERT SANCHEZ            Date

LLS
41 Schermerhorn Street
Brooklyn, NY 11201

ORIGINAL