## AFFIDAVIT OF SERVICE

| Case: 22-cv-3621 (ALC)(JLC) | Court: DISTRICT | County: SOUTHERN DISTRICT, NY | Job: 7054675 |
|---|---|---|---|
| Plaintiff / Petitioner: JANE DOE | | Defendant / Respondent: THE NATIONAL RAMAH COMMISSION, INC., ) CAMP RAMAH, and RABBI ETHAN LINDEN, in his individual capacity | |
| Received by: LLS | | For: WYLIE STECKLOW PLLC | |
| To be served upon: CAMP RAMAH | | | |

I, MARCUS CHARLES, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

Recipient Name: MICHAEL VAYDA,
Address: 3080 BROADWAY, NEW YORK, NEW YORK 10027
Manner of Service: AUTHORIZED
Date and Time: MAY 9, 2022, 2:20 pm EDT
Documents: SUMMONS IN A CIVIL ACTION with DEMAND FOR JURY TRIAL COMPLAINT

_Marcus Charles_    05/13/22
MARCUS CHARLES    Date

LLS
41 Schermerhorn Street
Brooklyn, NY 11201

ORIGINAL