# JacksonLewis



MEMO ENDORSED

Jackson Lewis P.C.
75 Park Plaza, 4th Floor
Boston MA 02116
(617) 367-0025 Direct
(617) 367-2155 Fax
jacksonlewis.com

PAUL V. KELLY
Email Address: Paul.Kelly@jacksonlewis.com
Direct Dial: (617) 305-1263

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/29/2022

June 24, 2022

**VIA ECF**
Honorable Andrew L. Carter, Jr. **(ALCarterNYSDChambers@nysd.uscourts.gov)**
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

          Re:    DOE v. The National Ramah Commissions, Inc. et al.
                 Case No. 1:22-cv-03621

Dear Judge Carter:

     We represent Defendants The National Ramah Commissions, Inc. and Camp Ramah in the above matter (pro hac vice admission pending). The parties, including Defendant Rabbi Ethan Linden and Plaintiff, write to jointly request a referral to Magistrate Judge Cott for a settlement conference. The parties have identified a mutually agreeable date that we understand is available on Magistrate Judge Cott's calendar. In conjunction with this request, the parties are requesting an extension of time from June 30, 2022 until and through August 31, 2022 for the Defendants to answer, move or otherwise respond to Plaintiff's Complaint. The parties are diligently working towards a potential resolution to this matter and would appreciate the additional time.

     This is the parties' first request for an extension of time.

     Thank you for your attention.

Very truly yours,

JACKSON LEWIS P.C.

/s/ *Paul V. Kelly*
Paul V. Kelly

cc:    All counsel of record (*via ECF*)

4876-8648-3238, v. 1

**The requested extension is granted. Regarding the request to proceed before Magistrate Judge Cott, the Parties are directed to comply with Rule 1.F of the Court's Individual Practices.**

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: 6/29/2022