

Wylie Stecklow, Esq.
Carnegie Hall Tower
152 West 57th St, 8th Floor
New York, New York 10019
Phone: (212) 566-8000
Fax: (212) 202-4952
Wylie@wylielaw.com

June 29, 2022

Honorable Judge Andrew L. Carter
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Doe v. The National Ramah Commission, Inc.,* 22-cv-3621 (ALC)(JLC)

Dear Honorable Judge Carter:

    Please recall that I am the attorney of record for the Plaintiff in the above referenced matter. I am writing to the Court today concerning Docket entry 24. If the parties' prior request was unclear, please understand that the parties are not seeking a full referral for all purposes to the Magistrate, but on consent are seeking a referral solely for settlement purposes.

    Please find attached to this correspondence a draft order of referral for settlement to Magistrate Cott. I could not find a sample order on the SDNY website forms page. I utilized a prior order of referral to create this one. If a draft order is all that was needed pursuant to Rule 1.F of the Court's Individual Practices, then please allow this letter and the draft order order attached, to satisfy the note on Docket 24.

    Respectfully submitted,

    Wylie M. Stecklow