UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

JANE DOE,

                       Plaintiff,

    -against-

THE NATIONAL RAMAH COMMISSION,
INC., CAMP RAMAH IN THE BERKSHIRES,
INC., and RABBI ETHAN LINDEN, in his
individual capacity,

                      Defendants.
----------------------------------------------------------X

**ORDER OF REFERENCE**

Civil Action No. 22-cv-3621

ANDREW L. CARTER, United States District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purposes:

  __X__      Settlement

SO ORDERED:

Dated: June 29, 2022
       New York, NY

                                                  _____
                                                  Andrew L. Carter
                                                  United States District Judge