UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

JANE DOE

                        Plaintiff,

-against-                                                                                  __22__ Civ._3621__(_ALC)

**MOTION FOR ADMISSION**
**THE NATIONAL RAMAH COMMISSION,**    **PRO HAC VICE**
**INC  CAMP RAMAH, AND RABBI ETHAN**
**LINDEN, in his individual capacity,**

                        Defendants.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York,_____Paul V. Kelly_____ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for <u>Defendants The National Ramah Commission and Camp Ramah,</u> in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of____<u>Ohio and Massachusetts</u>_____ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:                            Respectfully Submitted,
                                       Applicant Signature:_____
                                       Applicant's Name:  <u>Paul V. Kelly</u>
                                       Firm Name: <u>Jackson Lewis, P.C.</u>
                                       Address: <u>75 Park Plaza</u>
                                       City/State/Zip: <u>Boston, Massachusetts  02116</u>
                                       Telephone/Fax: (617) 367-0155/(617) 367-2155
                                       Email:  <u>paul.kelly@jacksonlewis.com</u>