UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JANE DOE,

                              Plaintiff,

-against-

THE NATIONAL RAMAH COMMISSION, INC., CAMP RAMAH, and RABBI ETHAN LINDEN, in his individual capacity,

                              Defendants.

------------------------------------------------------------X

Civil Action No.:
22-cv-3621 (ALC)

**AFFIDAVIT OF PAUL V. KELLY, ESQ. IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of Massachusetts    )
                                  ) ss:
County of Suffolk           )

Pursuant to Local Civil Rule 1.3, PAUL V. KELLY, ESQ., being duly sworn, hereby deposes and says as follows:

1. I am a Principal with the law firm of Jackson Lewis P.C., attorneys for Defendants The National Ramah Commission, Inc, and Camp Ramah ("Defendants").

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in this action.

3. As shown in the Certificate(s) of Good Standing annexed hereto as Exhibit "A" I am a member in good standing in the Bar of the State of Massachusetts and Ohio, and the U.S. District Court for the District of Massachusetts, since November 5, 1982.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any State or Federal court.

6. I have never been convicted of a felony.

7. I respectfully submit that I be permitted to appear as counsel *pro hac vice* in this action, for Defendants The National Ramah Commission, Inc., and Camp Ramah ("Defendants"), without waiving any defenses regarding proper venue, joinder or service of process that Defendant may have under the applicable Rules.

By: */s/Paul V. Kelly*
Paul V. Kelly
Jackson Lewis P.C.
75 Park Plaza – 4th Floor
Boston, Massachusetts 02116
T: (617) 367-0025
Paul.Kelly@jacksonlewis.com

Sworn to before me this 30th day of June, 2022

Notary Public
My Commission Expires: 4/5/24



Donna M. DeCoste
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 5, 2024



# **EXHIBIT A**

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **September 8, 1982**, said Court being the highest Court of Record in said Commonwealth:

### Paul V. Kelly

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **tenth** day of **June** in the year of our Lord **two thousand and twenty-two.**



MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.