UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE

                Plaintiff,

                                                                   22 CV-3621 (ALC)

-against-

THE NATIONAL CAMP RAMAH COMMISSION, INC    ORDER FOR
CAMP RAMAH, AND RABBI ETHAN LINDEN,           ADMISSION
in his individual capacity                                          PRO HAC VICE

                Defendant.

The motion of _____ Paul V. Kelly _____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of _____ Ohio and Massachusetts _____; and that his/her contact information is as follows (please print):

    Applicant's Name: _____ Paul V. Kelly _____

    Firm Name: _____ Jackson Lewis, P.C. _____

    Address: _____ 75 Park Plaza _____

    City / State / Zip: _____ Boston, Massachusetts 02116 _____

    Telephone / Fax: _____ (617) 367-0025/(617) 367-2155 _____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants The National Camp Ramah Commission, Inc. and Camp Ramah ___ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                                _____
                                                              United States District / Magistrate Judge