UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE

       Plaintiff,

-against-              22   Civ.  3621   ( ALC)

THE NATIONAL RAMAH COMMISSION,  MOTION FOR ADMISSION
INC  CAMP RAMAH, AND RABBI ETHAN  PRO HAC VICE
LINDEN, in his individual capacity,

       Defendants.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York,_____Paul V. Kelly_____ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants The National Ramah Commission and Camp Ramah, in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of____Ohio and Massachusetts_____ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:          Respectfully Submitted,
            Applicant Signature:____/s/ Paul V. Kelly____
            Applicant's Name:  Paul V. Kelly
            Firm Name: Jackson Lewis, P.C.
            Address: 75 Park Plaza
            City/State/Zip:  Boston, Massachusetts  02116
            Telephone/Fax:  (617) 367-0155/(617) 367-2155
            Email:  paul.kelly@jacksonlewis.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JANE DOE,

                         Plaintiff,

-against-

THE NATIONAL RAMAH
COMMISSION, INC., CAMP RAMAH, and
RABBI ETHAN LINDEN, in his individual
capacity,

                         Defendants.

Civil Action No.:
22-cv-3621 (ALC)

**AFFIDAVIT OF PAUL V. KELLY, ESQ. IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

------------------------------------------------------------X

State of Massachusetts   )
                                   ) ss:
County of Suffolk           )

Pursuant to Local Civil Rule 1.3, PAUL V. KELLY, ESQ., being duly sworn, hereby deposes and says as follows:

1. I am a Principal with the law firm of Jackson Lewis P.C., attorneys for Defendants The National Ramah Commission, Inc, and Camp Ramah ("Defendants").

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in this action.

3. As shown in the Certificate(s) of Good Standing annexed hereto as Exhibit "A" I am a member in good standing in the Bar of the State of Massachusetts and Ohio, and the U.S. District Court for the District of Massachusetts, since November 5, 1982.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any State or Federal court.

6. I have never been convicted of a felony.

7. I respectfully submit that I be permitted to appear as counsel *pro hac vice* in this action, for Defendants The National Ramah Commission, Inc., and Camp Ramah ("Defendants"), without waiving any defenses regarding proper venue, joinder or service of process that Defendant may have under the applicable Rules.

> By: */s/Paul V. Kelly*
> Paul V. Kelly
> Jackson Lewis P.C.
> 75 Park Plaza – 4th Floor
> Boston, Massachusetts 02116
> T: (617) 367-0025
> Paul.Kelly@jacksonlewis.com

Sworn to before me this 30th day of June, 2022

_____
Notary Public
My Commission Expires: 4/5/24



# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **September 8, 1982,** said Court being the highest Court of Record in said Commonwealth:

## Paul V. Kelly

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **tenth** day of **June** in the year of our Lord **two thousand and twenty-two.**



MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE

                Plaintiff,

                                        22 CV-3621 (ALC)

-against-

THE NATIONAL CAMP RAMAH COMMISSION, INC    ORDER FOR
CAMP RAMAH, AND RABBI ETHAN LINDEN,            ADMISSION
in his individual capacity                                    PRO HAC VICE

                Defendant.

The motion of _____ Paul V. Kelly _____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of _____ Ohio and Massachusetts _____; and that his/her contact information is as follows (please print):

    Applicant's Name: _____ Paul V. Kelly _____

    Firm Name: _____ Jackson Lewis, P.C. _____

    Address: _____ 75 Park Plaza _____

    City / State / Zip: _____ Boston, Massachusetts 02116 _____

    Telephone / Fax: _____ (617) 367-0025/(617) 367-2155 _____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants The National Camp Ramah Commission, Inc. and Camp Ramah ___ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                              United States District / Magistrate Judge