**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**JANE DOE**

                Plaintiff,

  -against-                                  ___22___ Civ. _3621_ __(_ALC)

**THE NATIONAL RAMAH COMMISSION,**        **MOTION FOR ADMISSION**
**INC  CAMP RAMAH, AND RABBI ETHAN**    **PRO HAC VICE**
**LINDEN, in his individual capacity,**

                Defendants.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern

Districts of New York,_____ Paul V. Kelly _____ hereby move this Court

for an Order for admission to practice Pro Hac Vice to appear as counsel for

Defendants The National Ramah Commission and Camp Ramah,  in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of___ Massachusetts _____ and

there are no pending disciplinary proceedings against me in any state or federal court. I have

never been convicted of a felony. I have never been censured, suspended, disbarred or denied

admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:                      Respectfully Submitted,

                      Applicant Signature:_____

                      Applicant's Name:  Paul V. Kelly

                      Firm Name: Jackson Lewis, P.C.

                      Address: 75 Park Plaza

                      City/State/Zip: Boston, Massachusetts  02116

                      Telephone/Fax:  (617) 367-0155/(617) 367-2155

                      Email:  paul.kelly@jacksonlewis.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

JANE DOE,

                         Plaintiff,

-against-

THE NATIONAL RAMAH
COMMISSION, INC., CAMP RAMAH, and
RABBI ETHAN LINDEN, in his individual
capacity,

                         Defendants.

------------------------------------------------------------x

Civil Action No.:
22-cv-3621 (ALC)

**AFFIDAVIT OF PAUL V.**
**KELLY, ESQ. IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

State of Massachusetts    )
                       ) ss:
County of Suffolk          )

Pursuant to Local Civil Rule 1.3, PAUL V. KELLY, ESQ., being duly sworn, hereby

deposes and says as follows:

1. I am a Principal with the law firm of Jackson Lewis P.C., attorneys for Defendants The

   National Ramah Commission, Inc, and Camp Ramah ("Defendants").

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice*

   in this action.

3. As shown in the Certificate(s) of Good Standing annexed hereto as Exhibit "A" I am a

   member in good standing in the Bar of the State of Massachusetts, and the U.S. District

   Court for the District of Massachusetts, since November 5, 1982.

4. I have never been censured, suspended, disbarred or denied admission or readmission

   by any court.

5. There are no pending disciplinary proceedings against me in any State or Federal court.

6. I have never been convicted of a felony.

7. I respectfully submit that I be permitted to appear as counsel *pro hac vice* in this action, for Defendants The National Ramah Commission, Inc., and Camp Ramah ("Defendants"), without waiving any defenses regarding proper venue, joinder or service of process that Defendant may have under the applicable Rules.

By:    /s/Paul V. Kelly
Paul V. Kelly
Jackson Lewis P.C.
75 Park Plaza – 4th Floor
Boston, Massachusetts 02116
T: (617) 367-0025
Paul.Kelly@jacksonlewis.com

Sworn to before me this 7th day of July, 2022

Notary Public
My Commission Expires: 4/5/24


Donna M. DeCoste
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 5, 2024

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **September 8, 1982**, said Court being the highest Court of Record in said Commonwealth:

## Paul V. Kelly

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **tenth** day of **June**

in the year of our Lord **two thousand and twenty-two.**

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**JANE DOE**

Plaintiff,

22 CV-3621 (ALC )

-against-

**THE NATIONAL CAMP RAMAH COMMISSION, INC**      **ORDER FOR**
**CAMP RAMAH, AND RABBI ETHAN LINDEN,**      **ADMISSION**
**in his individual capacity**      **PRO HAC VICE**

Defendant.

The motion of_____Paul V. Kelly_____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

_____Massachusetts_____; and that his/her contact information is as follows

(please print):

Applicant's Name:     ____Paul V. Kelly_____

Firm Name: _____Jackson Lewis, P.C._____

Address: _____75 Park Plaza_____

City / State / Zip:_____Boston, Massachusetts  02116_____

Telephone / Fax: _____(617) 367-0025/(617) 367-2155_____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Defendants The National Camp Ramah Commission, Inc. and Camp Ramah ____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated: _____      _____

                                     _United States District / Magistrate Judge_