UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/7/2022_____
```

| | |
|---|---|
| JANE DOE, | |
| **Plaintiff,** | |
| -against- | |
| THE NATIONAL RAMAH COMMISSIONS, INC., ET AL., | |
| **Defendants.** | |

22-cv-3621 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The above-captioned action is referred to Magistrate Judge James L. Cott for the following

purpose:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| **X** | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

**SO ORDERED.**

Dated:   **July 7, 2022**
         **New York, New York**

ANDREW L. CARTER, JR.
United States District Judge

**SO ORDERED.**

Dated:     July 5, 2022
           New York, New York

_____
                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**