

Wylie Stecklow, Esq.
Carnegie Hall Tower
152 West 57th St, 8th Floor
New York, New York 10019
Phone: (212) 566-8000
Fax: (212) 202-4952
Wylie@wylielaw.com

July 7, 2022

Honorable Judge James L. Cott
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Doe v. The National Ramah Commission, Inc.,* 22-cv-3621 (ALC)(JLC)

Dear Honorable Judge Cott:

    Please take notice that I am the attorney of record for the Plaintiff in the above referenced matter along with Catherine Anderson. Earlier today, Judge Carter signed a referral order to your chambers for a settlement conference in this matter. The parties have all agreed on the afternoon of July 25, 2022 for a settlement conference and we understand that date and time is available in the Court calendar.

                                                      Respectfully submitted,

                                                      Wylie M. Stecklow