

Wylie Stecklow, Esq.
Carnegie Hall Tower
152 West 57th St, 8th Floor
New York, New York 10019
Phone: (212) 566-8000
Fax: (212) 202-4952
Wylie@wylielaw.com

July 14, 2022

Honorable Judge James L. Cott
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Doe v. The National Ramah Commission, Inc.,* 22-cv-3621 (ALC)(JLC)

Dear Honorable Judge Cott:

      Please recall that I am the attorney of record for the Plaintiff in the above referenced matter along with Catherine Anderson. This matter is scheduled for a settlement conference with Your Honor in the afternoon of July 25, 2022. I write today for two purposes; (i) to request that the conference take place via ZOOM and (ii) to request that Jane Doe be allowed to have her father appear in her place at the settlement conference.

      In the past year, I have been able to provide access to my ZOOM account for settlement conferences in the SDNY. I recall that Judges Parker and Aaron were both able to have their clerks become the host and thereby, utilize ZOOM for the settlement conference. They were able to set up break out rooms in ZOOM and facilitate the settlement conference using this platform. All defendants consent to this request.

As this Court may realize, the parties had previously agreed to allow the plaintiff to litigate her claims using the pseudonym Jane Doe. The plaintiff turned 18 years old on her last birthday, and since our representation began, the parents of the Plaintiff have been very involved in their daughter's claims. All defendants also consent to this request. The parties understand that both the father and Plaintiff would be available to participate by ZOOM if the Court does not grant this request. If the Court requires Ms. Doe to be present during the settlement conference, and grants the request to utilize ZOOM, then we request that Ms. Doe be allowed to keep her camera off during the conference.

Respectfully submitted,

Wylie M. Stecklow