USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/5/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                      **Plaintiff,**<br><br>            -against-<br><br>THE NATIONAL RAMAH COMMISSIONS, INC., ET AL.,<br><br>                      **Defendants.** | **22-cv-3621 (ALC)**<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

      It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days. The Clerk of the Court is respectfully directed to lift the stay and terminate this case.

**SO ORDERED.**

Dated:    August 5, 2022
             New York, New York

                                                                */s/ Andrew L. Carter, Jr.*
                                                                 **ANDREW L. CARTER, JR.**
                                                                  **United States District Judge**