

Wylie Stecklow, Esq.
Carnegie Hall Tower
152 West 57th St, 8th Floor
New York, New York 10019
Phone: (212) 566-8000
Fax: (212) 202-4952
Wylie@wylielaw.com

October 21, 2022

**VIA ECF**

| | |
|---|---|
| Hon. Andrew L. Carter, Jr. | Hon. James L. Cott |
| United States District Judge | United States Magistrate Judge |
| Southern District of New York | Southern District of New York |
| Thurgood Marshall United States Courthouse | Daniel Patrick Moynihan Courthouse |
| 40 Foley Square, Courtroom 1306 | 500 Pearl Street |
| New York, New York 10007 | New York, NY 10007 |

Re: *Jane Doe v. The National Ramah Commission, et al.*, **Case No. 1:22-cv-03621 (ALC) (JLC)**

Dear Judges Carter & Cott:

We are Plaintiff's counsel in the above-referenced matter. In connection with the settlement of this matter, and pursuant to N.Y. Comp. Code R. & Regs. Title 22 § 691.10 (b), we hereby request this Court's approval of my firm's payment of attorney's fees to Adam Berman, the referring attorney in this matter, in the amount of $40,000.00, which reflects compensation on a quantum meruit basis for legal services rendered and disbursements incurred by Mr. Berman prior to the date of his resignation on September 20, 2021. The legal services rendered by Mr. Berman in this matter and the representation for which compensation is sought do not relate to his resignation from the bar. See *In re Bagen*, 201 B.R. 642, 644 (S.D.N.Y. 1996); *Decolator, Cohen & DiPrisco, LLP v. Lysaght, Lysaght & Kramer, P.C.,* 304 A.D.2d 86, 756 N.Y.S.2d 147, 150-51 (App. Div. 2003). The attorney's fees awarded to Mr. Berman, as may be set by this Court, shall be distributed from the total attorney's fees paid to my firm..

Respectfully submitted,

/s/ *Wylie M. Stecklow*

Wylie M. Stecklow

So Ordered

_____

cc: All Counsel of Record (Via ECF)