# JacksonLewis

Jackson Lewis P.C.
75 Park Plaza, 4th Floor
Boston MA 02116
(617) 367-0025 Direct
(617) 367-2155 Fax
jacksonlewis.com

October 24, 2022

**VIA ECF**

Honorable Andrew L. Carter, Jr
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

        **Re: Doe v. The National Ramah Commission, Inc. et al –
22-cv-3621(ALC)(JLC)**

Dear Honorable Judge Carter:

    The parties have resolved this matter and jointly request that the case be dismissed with prejudice.

    Plaintiff's counsel respectfully requests that, prior to dismissal, the Court address the request in the letter dated October 21, 2022, docket #47.

        Very truly yours,

| WYLIE STECKLOW PLLC | JACKSON LEWIS P.C |
|---|---|
| Carnegie Hall Tower | 666 Third Avenue |
| 152 W 57th St, 8th Floor | New York, New York 10017 |
| New York, NY 10019 | (212) 545-4000 |
| (212) 566-8000 x 3 | |
| | |
| By: /s/ Wylie M. Stecklow | By: /s/Paul V. Kelly |
|     Wylie M. Stecklow |     Paul V. Kelly |
|     Catherine Anderson |     Sarah W. Walsh |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS The National Ramah Commission and Camp Ramah |

**JacksonLewis**

United States District Court
Southern District of New York
October 17, 2022
Page 2

LANKLER SIFFERT & WOHL LLP
500 Fifth Avenue
New York, NY 10110
212-921-8399

By: /s/Michael Gerber
     Michael Gerber

ATTORNEYS FOR DEFENDANT
Rabbi Ethan Linden

Dated: October 24, 2022